1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  ANDRE CLEMENTS,                    Case No. CV 16-07894 JLS (AFM)

12              Plaintiff,

13       v.                            **ORDER TO SHOW CAUSE RE
                                       DISMISSAL FOR FAILURE TO**
14                                     **PROSECUTE**
     CAROLYN W. COLVIN, Acting
15   Commissioner of Social Security,

16              Defendant.

17

18

19          Pursuant to the Court's Order Re: Procedures in Social Security Appeal filed

20   October 28, 2016, plaintiff was ordered (1) to promptly serve the summons and

21   complaint on the government in accordance with Rule 4(i) of the Federal Rules of

22   Civil Procedure and (2) within 30 days of the date of the Order file an appropriate

23   proof of service.  The docket sheet shows that, as late as the date of this Order,

24   plaintiff has not served the summons and complaint on defendant and filed a proof

25   of service.  Plaintiff has failed to comply with the Court's Order.

26          Accordingly, IT IS ORDERED that within 20 days of the filing date of this

27   Order, plaintiff shall show cause in writing why this action should not be dismissed.

28

If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against defendant.  The filing of a proof of service that plaintiff has served the summons and complaint, shall discharge the order to show cause.

DATED:  1/9/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE