# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CLEMENTS,<br><br>    Plaintiff,<br><br> v.<br><br>NANCY A. BERRYILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 16-07894 AFM<br><br>**JUDGMENT** |

In accordance with the Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: October 6, 2017

              /s/ Alex MacKinnon
           _____
           ALEXANDER F. MacKINNON
          UNITED STATES MAGISTRATE JUDGE